# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF COLORADO

Civil Action No. _____

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 08 2024

JEFFREY P. COLWELL
CLERK

 TASH JERNAZIAN ,

Plaintiff,

v.

 BBVA COMPASS ,

Defendants.

**A.   PARTIES**

LAKE LEWISVILLE LAW FIRM
8515 BISCAYNE BOULEVARD
MIAMI, FL 33138-3509

BBVA COMPASS
11210 HURON STREET
NORTHGLENN, CO 80234

**COMPLAINT**
**(FOR VIOLATION OF THE AMERICANS WITH DISABILITIES ACT)**

### B.  CLAIM ONE

Plaintiff alleges, BBVA COMPASS, (a bank known as Compass Bank at time or loan origination) failed to do due diligence, at closure of the mortgage, and transfer of title on a home. Due to this lack of due diligence, plaintiff alleges their mother committed fraud, and used BBVA COMPASS and the resources of BBVA COMPASS to aid and abet her in her crime. Plaintiff alleges their mother committed theft and fraud in the act of selling "her" home and the events leading to its sale. Plaintiff alleges their mother who is mentally ill and legally incompetent, was involved in a criminal conspiracy. This criminal conspiracy was induced and coerced by other individuals, in order to disinherit plaintiff. Plaintiff claims he was jailed on a series of fake civil and criminal allegations by his mother and other affiliated and non-affiliated parties, and during this time the home was quickly sold at below market rate. Plaintiff claims they were disabled, and that BBVA COMPASS violated the Americans with Disabilities Act, when they failed to do due diligence which resulted in the theft of plaintiffs home.

### C.  ADDITIONAL CLAIMS

Additional parties and additional claims may be added to this lawsuit as addendum.

### D.  REQUEST FOR RELIEF

Plaintiff requests a trial by jury. Plaintiff reserves right trial by judge (bench trial). Plaintiff is requesting a $780,000 U.S. dollars per claim.

Plaintiff requests notice of intention to wire transfer funds to non-affiliated party of plaintiff within 45 days of date of this filing, and actual fund transfer to take place within 90 days of date of this filing. If not plaintiff will be filing a pleatora of additional claims that are currently being withheld.

E.  **PLAINTIFF'S SIGNATURE**

*[signature]*

(Plaintiff signature)

<u>March 18, 2024</u>
(Date)

3

U.S. District court
att: clerk
901 19th Street
Denver, CO 80294

MIAMI FL 330
2 APR 2024 PM 1 L